**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872
TOLL FREE: (855) 213-8450

JAMES WYDA                                                                                               SEDIRA S. BANAN
FEDERAL PUBLIC DEFENDER                                                          ASSISTANT FEDERAL PUBLIC DEFENDER

March 30, 2020

**VIA ECF**
Hon. Deborah L. Boardman
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

      Re: *United States v. Delando Brown*, GLR-19-314
          Request for Detention Hearing

Dear Judge Boardman:

I write to request a detention hearing for Mr. Delando Brown. Previously, Mr. Brown was held in primary state custody and therefore consented to detention. His state matter (Baltimore City Circuit Court Case # 913021) has since resolved favorably. He is housed at the Chesapeake Detention Facility.

Counsel requests a detention hearing for this Wednesday, April 1, 2020, to afford Pretrial Services sufficient time to prepare for the hearing. The Government is available for a Wednesday hearing.

                            Respectfully submitted,

                            /s/
                        Sedira S. Banan
                        Assistant Federal Public Defender