PCM: USAO#2019R00399
MDB 6.30.21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-19-0314 |
| | * | |
| DELANDO LEE BROWN, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant | * | 18 U.S.C. § 922(g)(1)) |
| | * | |
| | * | |

*******

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 19, 2019, in the District of Maryland, the defendant,

**DELANDO LEE BROWN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Glock 19 Gen 4, 9mm handgun bearing serial number BFMP782, a Ruger Mark III, .22 caliber handgun bearing serial number 27253003; 50 rounds of 9mm ammunition, and 50 rounds of 22LR ammunition, and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

*Jonathan F. Lenzner/pcm*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

_____
Foreperson

7/1/2021
Date